DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JORGE GUILLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JORGE GUILLEN and JOSE BRAVO,<br><br>            Defendants. | Cr.S. 10-0229-WBS<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>DATE: August 23, 2010<br>TIME: 8:30 a.m.<br>JUDGE: Hon. William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, JORGE GUILLEN by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, and JOSE BRAVO, by and through his attorney, CLEMENTE JIMENEZ, that the status conference set for Monday, July 19, 2010, be continued to Monday, August 23, 2010, at 8:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for August 23, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 15, 2010　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　/s/ Benjamin Galloway
　　　　　　　　　　　　　　　BENJAMIN GALLOWAY
　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　JORGE GUILLEN

DATED: July 15, 2010　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　/s/ Benjamin Galloway for
　　　　　　　　　　　　　　　CLEMENTE JIMENEZ
　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　JOSE BRAVO

DATED: July 15, 2010　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　/s/ Benjamin Galloway for
　　　　　　　　　　　　　　　JASON HITT
　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　Attorney for Plaintiff

### **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including August 23, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4. The status conference set for Monday, July 19, 2010, is continued to Monday, August 23, 2010, at 8:30 a.m.

DATED:  July 16, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE