DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JORGE GUILLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JORGE GUILLEN and JOSE BRAVO,<br><br>　　　　Defendants. | Cr.S. 10-0229-WBS<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>DATE: September 27, 2010<br>TIME: 8:30 a.m.<br>JUDGE: Hon. William B. Shubb |

　　It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, JORGE GUILLEN by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, and JOSE BRAVO, by and through his attorney, CLEMENTE JIMENEZ, that the status conference set for Monday, August 23, 2010, be continued to Monday, September 27, 2010, at 8:30 a.m..

　　The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

　　Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for August 23, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 19, 2010          Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Benjamin Galloway
                                        BENJAMIN GALLOWAY
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JORGE GUILLEN

DATED: August 19, 2010          Respectfully submitted,

                                        /s/ Benjamin Galloway for
                                        CLEMENTE JIMENEZ
                                        Attorney for Defendant
                                        JOSE BRAVO

DATED: August 19, 2010          BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Benjamin Galloway for
                                        JASON HITT
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including September 27, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: August 20, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2