DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JORGE GUILLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JORGE GUILLEN and JOSE BRAVO,<br><br>   Defendants. | Cr.S. 10-0229-WBS<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>DATE: October 18, 2010<br>TIME: 8:30 a.m.<br>JUDGE: Hon. William B. Shubb |

    It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, JORGE GUILLEN by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, and JOSE BRAVO, by and through his attorney, CLEMENTE JIMENEZ, that the status conference set for Monday, September 27, 2010, be continued to Monday, October 18, 2010, at 8:30 a.m..

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

    Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for October 18, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 22, 2010    Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Benjamin Galloway
                                            BENJAMIN GALLOWAY
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            JORGE GUILLEN

DATED: September 22, 2010    Respectfully submitted,

                                            /s/ Benjamin Galloway for
                                            CLEMENTE JIMENEZ
                                            Attorney for Defendant
                                            JOSE BRAVO

DATED: September 22, 2010    BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Benjamin Galloway for
                                            JASON HITT
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including October 18, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: September 23, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2