DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JORGE GUILLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr.S. 10-0229-WBS |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER** |
| JORGE GUILLEN and JOSE BRAVO, | DATE: December 6, 2010<br>TIME: 8:30 a.m.<br>JUDGE: Hon. William B. Shubb |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, JORGE GUILLEN by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, and JOSE BRAVO, by and through his attorney, CLEMENTE JIMENEZ, that the status conference set for Monday, October 18, 2010, be continued to Monday, December 6, 2010, at 8:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for December 6, 2010, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 14, 2010        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Benjamin Galloway
                                        BENJAMIN GALLOWAY
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JORGE GUILLEN

DATED: October 14, 2010        Respectfully submitted,

                                        /s/ Benjamin Galloway for
                                        CLEMENTE JIMENEZ
                                        Attorney for Defendant
                                        JOSE BRAVO

DATED: October 14, 2010        BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Benjamin Galloway for
                                        JASON HITT
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including December 6, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED:  October 14, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2