```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JORGE GUILLEN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JORGE GUILLEN and JOSE BRAVO,<br><br>        Defendants. | Cr.S. 10-0229-WBS<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>DATE: January 10, 2011<br>TIME: 8:30 a.m.<br>JUDGE: Hon. William B. Shubb |

    It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, JORGE GUILLEN by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, and JOSE BRAVO, by and through his attorney, CLEMENTE JIMENEZ, that the status conference set for Monday, December 6, 2010, be continued to Monday, January 10, 2011, at 8:30 a.m..

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

    Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for January 10, 2011, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 3, 2010           Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Benjamin Galloway
                                  BENJAMIN GALLOWAY
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JORGE GUILLEN

DATED: December 3, 2010           Respectfully submitted,

                                  /s/ Benjamin Galloway for
                                  CLEMENTE JIMENEZ
                                  Attorney for Defendant
                                  JOSE BRAVO

DATED: December 3, 2010           BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Benjamin Galloway for
                                  JASON HITT
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including January 10, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED:  December 6, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2