DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JORGE GUILLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr.S. 10-0229-WBS |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER** |
| JORGE GUILLEN and JOSE BRAVO, | DATE: February 14, 2011<br>TIME: 8:30 a.m.<br>JUDGE: Hon. William B. Shubb |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, JORGE GUILLEN by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, and JOSE BRAVO, by and through his attorney, CLEMENTE JIMENEZ, that the status conference set for Monday, January 10, 2010, be continued to Monday, February 14, 2011, at 8:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for February 14, 2011, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 3, 2011         Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /s/ Benjamin Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant
                               JORGE GUILLEN

DATED: January 3, 2011         Respectfully submitted,

                               /s/ Benjamin Galloway for
                               CLEMENTE JIMENEZ
                               Attorney for Defendant
                               JOSE BRAVO

DATED: January 3, 2011         BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Benjamin Galloway for
                               JASON HITT
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including February 14, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED:  January 5, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE