DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
JORGE GUILLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JORGE GUILLEN and JOSE BRAVO,<br><br>　　　　Defendants. | Cr.S. 10-0229-WBS<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>DATE: March 28, 2011<br>TIME: 8:30 a.m.<br>JUDGE: Hon. William B. Shubb |

　　It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, JORGE GUILLEN by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, and JOSE BRAVO, by and through his attorney, CLEMENTE JIMENEZ, that the status conference set for Monday, February 14, 2011, be continued to Monday, March 28, 2011, at 8:30 a.m..

　　The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

　　Speedy trial time is to be excluded from the date of this order

1  through the date of the status conference set for February 14, 2011,
2  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
3  prepare] (Local Code T4).

5  DATED: February 11, 2011        Respectfully submitted,
6                                  DANIEL J. BRODERICK
                                   Federal Defender

                                   /s/ Benjamin Galloway
8                                  BENJAMIN GALLOWAY
                                   Assistant Federal Defender
9                                  Attorney for Defendant
                                   JORGE GUILLEN

11 DATED: February 11, 2011        Respectfully submitted,

12                                 /s/ Benjamin Galloway for
                                   CLEMENTE JIMENEZ
13                                 Attorney for Defendant
                                   JOSE BRAVO

15 DATED: February 11, 2011        BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ Benjamin Galloway for
17                                 JASON HITT
                                   Assistant U.S. Attorney
18                                 Attorney for Plaintiff

2

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including March 28, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.  The status conference set for Monday, February 14, 2011 is continued to Monday, March 28, 2011, at 8:30 a.m.

DATED:   February 11, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE