1   DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
2   BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone (916) 498-5700

5   Attorney for Defendant
    JORGE GUILLEN

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

    UNITED STATES OF AMERICA,        )
12                                   )    Cr.S. 10-0229-WBS
                   Plaintiff,        )
13                                   )    **STIPULATION AND [~~PROPOSED~~]**
            v.                       )    **ORDER**
14                                   )
    JORGE GUILLEN and JOSE           )    DATE:  June 6, 2011
15  BRAVO,                           )    TIME:  8:30 a.m.
                                     )    JUDGE: Hon. William B. Shubb
16                 Defendants.       )
                                     )
17  _____

18

19      It is hereby stipulated and agreed to between the United States of

20  America through JASON HITT, Assistant U.S. Attorney, and defendant,

21  JORGE GUILLEN by and through his counsel, BENJAMIN GALLOWAY, Assistant

22  Federal Defender, and JOSE BRAVO, by and through his attorney, CLEMENTE

23  JIMENEZ, that the status conference set for Monday, April 25, 2011, be

24  continued to Monday, June 6, 2011, at 8:30 a.m..

25      The reason for this continuance is to allow defense counsel

26  additional time to review discovery with the defendants, to examine

27  possible defenses and to continue investigating the facts of the case.

28      Speedy trial time is to be excluded from the date of this order

1 through the date of the status conference set for June 6, 2011,

2 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

3 prepare] (Local Code T4).

4

5 DATED: April 21, 2011          Respectfully submitted,

6                                DANIEL J. BRODERICK
                                 Federal Defender
7
                                 /s/ Benjamin Galloway
8                                BENJAMIN GALLOWAY
                                 Assistant Federal Defender
9                                Attorney for Defendant
                                 JORGE GUILLEN
10

11 DATED: April 21, 2011         Respectfully submitted,

12                               /s/ Benjamin Galloway for
                                 CLEMENTE JIMENEZ
13                               Attorney for Defendant
                                 JOSE BRAVO
14

15 DATED: April 21, 2011         BENJAMIN B. WAGNER
                                 United States Attorney
16
                                 /s/ Benjamin Galloway for
17                               JASON HITT
                                 Assistant U.S. Attorney
18                               Attorney for Plaintiff

19

20                    **O R D E R**

21    **IT IS SO ORDERED.**  Time is excluded from today's date through and

22 including June 6, 2011, in the interests of justice pursuant to 18

23 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code

24 T4.

25 DATED:  April 22, 2011

26

27                                WILLIAM B. SHUBB
                                 UNITED STATES DISTRICT JUDGE
28

**2**