1   DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
2   BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone (916) 498-5700

5   Attorney for Defendant
    JORGE GUILLEN

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

    UNITED STATES OF AMERICA,      )
12                                 )      Cr.S. 10-0229-WBS
                 Plaintiff,        )
13                                 )      **STIPULATION AND [~~PROPOSED~~]**
            v.                     )      **ORDER**
14                                 )
    JORGE GUILLEN and JOSE         )      DATE:  July 11, 2011
15  BRAVO,                         )      TIME:  8:30 a.m.
                                   )      JUDGE: Hon. William B. Shubb
16               Defendants.       )
                                   )
17  _____

18
        It is hereby stipulated and agreed to between the United States of
19
    America through JASON HITT, Assistant U.S. Attorney, and defendant,
20
    JORGE GUILLEN by and through his counsel, BENJAMIN GALLOWAY, Assistant
21
    Federal Defender, and JOSE BRAVO, by and through his attorney, CLEMENTE
22
    JIMENEZ, that the status conference set for Monday, June 6, 2011, be
23
    continued to Monday, July 11, 2011, at 8:30 a.m..
24
        The reason for this continuance is to allow defense counsel
25
    additional time to review discovery with the defendants, to examine
26
    possible defenses and to continue investigating the facts of the case.
27
        Speedy trial time is to be excluded from the date of this order
28

1  through the date of the status conference set for July 11, 2011,

2  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

3  prepare] (Local Code T4).

4

5  DATED: May 26, 2011              Respectfully submitted,

6                                   DANIEL J. BRODERICK
                                    Federal Defender
7
                                    /s/ Benjamin Galloway
8                                   BENJAMIN GALLOWAY
                                    Assistant Federal Defender
9                                   Attorney for Defendant
                                    JORGE GUILLEN
10

11 DATED: May 26, 2011              Respectfully submitted,

12                                  /s/ Benjamin Galloway for
                                    CLEMENTE JIMENEZ
13                                  Attorney for Defendant
                                    JOSE BRAVO
14

15 DATED: May 26, 2011              BENJAMIN B. WAGNER
                                    United States Attorney
16
                                    /s/ Benjamin Galloway for
17                                  JASON HITT
                                    Assistant U.S. Attorney
18                                  Attorney for Plaintiff

19

20

21

22

23

24

25

26

27

28

1

**O R D E R**

2     **IT IS SO ORDERED.**  Time is excluded from today's date through and

3  including July 11, 2011, in the interests of justice pursuant to 18

4  U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code

5  T4.  The status conference set for June 6, 2011 is continued to July

6  11, 2011 at 8:30 a.m.

7

8  DATED:  May 31, 2011

9

10                      WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28