DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JORGE GUILLEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 10-0229-WBS |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER** |
| ) | |
| JORGE GUILLEN and JOSE ) | DATE: October 31, 2011 |
| BRAVO, ) | TIME: 9:30 a.m. |
| ) | JUDGE: Hon. William B. Shubb |
| Defendants. ) | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, JORGE GUILLEN by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, and JOSE BRAVO, by and through his attorney, CLEMENTE JIMENEZ, that the status conference set for Monday, September 26, 2011, be continued to Monday, October 31, 2011, at 9:30 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 31, 2011,

/ / /

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 22, 2011        Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Benjamin Galloway
                                            BENJAMIN GALLOWAY
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            JORGE GUILLEN

DATED: September 22, 2011        Respectfully submitted,

                                            /s/ Benjamin Galloway for
                                            CLEMENTE JIMENEZ
                                            Attorney for Defendant
                                            JOSE BRAVO

DATED: September 22, 2011        BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ Benjamin Galloway for
                                            JASON HITT
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

**O R D E R**

IT HEREBY ORDERED that this matter is continued to October 31, 2011, at 9:30 a.m., for Further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, the period from the date of this order September 26, 2011 up to and including October 31, 2011, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED:   September 23, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE