CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
JOSE BRAVO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE BRAVO, et al.,<br><br>　　　　Defendants. | Case No.: 10-229 WBS<br><br>STIPULATION AND ORDER<br>ADVANCING MATTER (AMENDED) |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant Jose Bravo, that the matter be added to the court's criminal calendar on March 12, 2012, at 9:30 a.m., for change of plea. The matter is presently set for Trial Confirmation Hearing on March 19, 2012. This request applies to Defendant Bravo only.

DATED:　　February 17, 2012　　　　　　　　/S/　　Jason Hitt_____
　　　　　　　　　　　　　　　　　　　　　　JASON HITT
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


　　　　　　　　　　　　　　　　　　　　　　/S/　　Clemente M. Jiménez_____
　　　　　　　　　　　　　　　　　　　　　　CLEMENTE M. JIMÉNEZ
　　　　　　　　　　　　　　　　　　　　　　Attorney for JOSE BRAVO

**ORDER**

IT IS SO ORDERED, that the above-entitled matter be placed on the court's criminal calendar on March 12, 2012, at 9:30 a.m. for change of plea.

This 17th day of February, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE