CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
JOSE BRAVO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 10-229 WBS |
| Plaintiff, | STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE |
| v. | |
| JOSE BRAVO, | DATE:   October 1, 2012 |
| Defendant. | TIME:   9:30 a.m. |
| | JUDGE:  Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant JOSE BRAVO, that the sentencing hearing scheduled for October 1, 2012, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on November 5, 2012, at 9:30 a.m. for judgment and sentencing.  Following discussions with the government, counsel have determined that there remain issues related to guideline calculations that must be addressed prior to sentencing.  Counsel will require additional time to confer with Mr. Bravo and the government to address those issues.  All parties anticipate being prepared to proceed with sentencing on November 5th.

//

//

//

1 | DATED:     September 27, 2012        /S/     Jason Hitt_____
2 |                                       JASON HITT
3 |                                       Attorney for Plaintiff
4 |
5 |                                       /S/     Clemente M. Jiménez_____
6 |                                       CLEMENTE M. JIMÉNEZ
   |                                       Attorney for JOSE BRAVO
7 |
8 |                            **ORDER**
9 |
10 | IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for October 1, 2012, at 9:30 a.m., be vacated and the matter continued to November 5, 2012, at 9:30 a.m. for judgment and sentencing.
11 |
12 |
13 | This 28th day of September, 2012
14 |
15 |                                       WILLIAM B. SHUBB
16 |                                       UNITED STATES DISTRICT JUDGE