1  CLEMENTE M. JIMÉNEZ, SBN 207136
2  428 J Street, Suite 355
   Sacramento, CA 95814
3  (916) 443-8055

4  Attorney for Defendant
5  JOSE BRAVO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOSE BRAVO,<br><br>                    Defendant. | Case No.: 10-229-02 WBS<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE<br><br>DATE:   November 5, 2012<br>TIME:   9:30 a.m.<br>JUDGE: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant JOSE BRAVO, that the sentencing hearing scheduled for November 5, 2012, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on January 7, 2013, at 9:30 a.m. for judgment and sentencing. After further review of the pre-sentence report, defense counsel anticipates filing objections and a sentencing memorandum. Consequently, after consulting with US Probation, the parties propose the following briefing schedule:

Objections due:  11/26/12

Final PSR due:  12/3/12

Motion for Correction:  12/10/12

1  Reply, or Non-Opposition:  12/17/12

2  J&S:  1/7/13

3  DATED:     October 31, 2012           /S/     Jason Hitt_____
                                          JASON HITT
4                                         Attorney for Plaintiff

5

6                                         /S/     Clemente M. Jiménez_____
7                                         CLEMENTE M. JIMÉNEZ
                                          Attorney for JOSE BRAVO
8

9

10                              **ORDER**

11
IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled
12
for November 5, 2012, at 9:30 a.m., be vacated and the matter continued to January 7,
13
2013, at 9:30 a.m. for judgment and sentencing.
14
Dated:  November 2, 2012
15

16

17                                WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE
18